```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND
_____
                                    )
JOANNE CHAGNON,                     )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 15-493 S
                                    )
LIFESPAN CORPORATION,               )
                                    )
        Defendants.                 )
_____ )
```

## ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on June 19, 2017 (ECF No. 39) recommending that the Court grant Defendant's Motion for Summary Judgment (ECF No. 24).  Neither party has filed an objection to the R&R.  After carefully reviewing Defendant's Motion for Summary Judgment and the R&R, this Court ACCEPTS the R&R in its entirety and adopts the reasoning set forth therein. Defendant's Motion for Summary Judgment is GRANTED.  Final judgment shall enter for Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  August 1, 2017